**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Aquion Energy, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **44 Tech, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **71-1051137** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **32 39th Street**<br>**Pittsburgh, PA 15201**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Allegheny**<br>County | Location of principal assets, if different from principal place of business<br>**1001 Technology Drive Mount Pleasant, PA 15666**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **aquionenergy.com** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Aquion Energy, Inc._____    Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   237130

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

---

Debtor    **Aquion Energy, Inc.**                                        Case number (*if known*) _____
          Name

**11. Why is the case filed in**     *Check all that apply:*
    **this district?**
                              ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                 preceding the date of this petition or for a longer part of such 180 days than in any other district.

                              ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ☑ **No**
    **have possession of any**
    **real property or personal**   ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____
                                    **Where is the property?**        _____
                                                                      Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ **No**
                                    ☐ **Yes.**   Insurance agency   _____
                                                  Contact name      _____
                                                  Phone             _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of**    *Check one:*
    **available funds**
                                    ☑ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**   ☐ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
    **creditors**             ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                              ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                              ☑ 200-999

**15. Estimated Assets**      ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000      ☑ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities** ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000      ☑ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Aquion Energy, Inc.**                                          Case number (if known) _____
_____
Name

███  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03 / 08 / 2017
                  MM / DD / YYYY

X _~Suzanne M~_____          **Suzanne B. Roski**
Signature of authorized representative of debtor          Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X _Laura Davis Jones_____          Date  3 / 8 / 2017
Signature of attorney for debtor                         MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-4100**          Email address  _____

**DE 2436**
Bar number and State

**AQUION ENERGY, INC.**

SECRETARY'S CERTIFICATE

March 7, 2017

The undersigned, being the duly elected, qualified and acting Secretary of Aquion Energy, Inc., a Delaware corporation (the "**Company**"), hereby certifies, in his capacity as such, that attached hereto as Exhibit A is a true and complete copy of the resolutions adopted by the Board of Directors of the Company at a special meeting held on Friday, March 3, 2017, and such resolutions have not been rescinded or amended.

The foregoing is a certification of the Company and not of the undersigned personally.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

IN WITNESS WHEREOF, the undersigned has executed and delivered this Certificate as of the date first above written.

John Connolly
Secretary

## EXHIBIT A

### BOARD RESOLUTIONS

**WHEREAS**, it has been proposed that Aquion Energy, Inc. (the "Company") seek relief under the provisions of Title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition (the "Petition") for relief under Chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Directors of the Company (the "Board"), it is desirable and in the best interest of the Company, its creditors, its equity holders and other interested parties, that the Company be, and it hereby is, authorized, empowered, and directed to file or cause to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), at such time as it is deemed necessary by the appropriate officers of the Company, the Petition and all other documents, papers and pleadings necessary or appropriate to effectuate the Petition and any and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 case of the Company; and

**FURTHER RESOLVED**, that the President, the Treasurer, the Chief Technology Officer and the Chief Restructuring Officer (as hereinafter designated) of the Company (each, an "Authorized Officer", and collectively, the "Authorized Officers") be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed (i) to execute and verify the Petition and any other documents, papers and pleadings necessary or appropriate to effectuate the Petition and any and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 case of the Company and to cause the Petition and any other documents, papers and pleadings necessary or appropriate to effectuate the Petition and any and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 case of the Company to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary, in the discretion of the Authorized Officers, to effect any of the foregoing; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, objections, responses, applications, and other papers and documents necessary or desirable in connection with the Chapter 11 case of the Company; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed, on such terms as such Authorized Officers or their designees shall approve, to retain the law firm of PSZJ as bankruptcy counsel to render legal services to, and to represent, the Company in connection with the Chapter 11 case and all matters related thereto, and the law firm of Morgan Lewis as general corporate counsel to assist and consult with PSZJ as appropriate and to render services related to all corporate, employment, litigation and transactional matters, including without limitation any process to sell the Company's assets and the negotiation and documentation thereof; and

**FURTHER RESOLVED**, that Suzanne Roski of Protiviti be designated as the Chief Restructuring Officer of the Company effective as of the filing of the Petition, and having the duties as set forth in the Protiviti engagement letter dated February 20, 2017; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain the firm of Protiviti (hereinafter referred to collectively with Morgan Lewis and PSZJ, as the "Professionals") as restructuring advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 case and all other related matters in connection therewith, on such terms as the Authorized Officers, and such other officers as they shall from time to time designate shall approve; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain on behalf of the Company any additional counsel, accountants, noticing agent and other advisors as the Authorized Officers, or any of them, may deem appropriate; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to proceed with an orderly process to sell the assets of the Company under the auspices of the Chapter 11 case and to take or cause to be taken any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses, costs, fees, or taxes, in each case, as in his or their judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any director or officer of the Company or any of the Professionals in connection the reorganization or liquidation of the Company or any matter related thereto, or by virtue of these resolutions be, and they hereby are, in all respects ratified, confirmed and approved; and

**FURTHER RESOLVED**, the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized with full power of delegations, for and in the name and on behalf of the Company, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED**, that any and all actions of any officer or director of the Company taken prior to the date hereof to carry out the purposes of the foregoing resolutions be, and they hereby are, ratified, approved, and confirmed in all respects.

**Fill in this information to identify the case:**

Debtor name  Aquion Energy, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                              (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PA DEPT OF COMMUNITY & ECONOMIC DEVELOPMENT - OG OPPORTUNITY GRANT PROGRAM COMMONWEALTH KEYSTONE BUILDING 400 NORTH STREET, 4TH FLOOR HARRISBURG, PA 17120-0225 USA | SCOTT DEITRICH (P) 717.720.7451 (F) NOT AVAILABLE SDEITRICH@PA.GOV | Grant Reimbursement Claim | Contingent Unliquidated | | | $5,600,000 |
| 2 | PA DEPT OF COMMUNITY & ECONOMIC DEVELOPMENT - ACE ALTERNATIVE/CLEAN ENERGY PROGRAM COMMONWEALTH KEYSTONE BUILDING 400 NORTH STREET, 4TH FLOOR HARRISBURG, PA 17120-0225 USA | RYAN EMERSON (P) 717.346.8191 (F) NOT AVAILABLE RYEMERSON@PA.GOV | Grant Reimbursement Claim | Contingent Unliquidated | | | $2,000,000 |
| 3 | PA DEPT OF COMMUNITY & ECONOMIC DEVELOPMENT - D2PA DISCOVERED AND DEVELOPED IN PA COMMONWEALTH KEYSTONE BUILDING 400 NORTH STREET, 4TH FLOOR HARRISBURG, PA 17120-0225 USA | SCOTT DEITRICH (P) 717.720.7451 (F) NOT AVAILABLE SDEITRICH@PA.GOV | Grant Reimbursement Claim | Contingent Unliquidated | | | $1,000,000 |
| 4 | RE-ENERGY INC. #32 3F, ASHIIKE BLDG. 3-6-5, MINAMISEMBA CHUO-KU OSAKA 542-0081 JAPAN | SHINTARO FUKUZONO (P) (81) 661 212071 (F) NOT AVAILABLE SAMURAIPW2@GMAIL.COM | Warranty Claims | Contingent Unliquidated | | | $504,000 |
| 5 | INTER-ISLAND SOLAR SUPPLY (INTER-ISLAND SOLAR SUPPLY) 761 AHUA STREET HONOLULU HI 96819 USA | RICHARD REED, PRESIDENT (P) 808.523.0711 (F) 808.536.5586 RREED@SOLARSUPPLY.COM | Warranty Claims / Trade Debt | Contingent Unliquidated | | | $212,242 |
| 6 | THE RIDC REGIONAL GROWTH FUND 210 SIXTH AVENUE, SUITE 3620 PITTSBURGH, PA 15222 USA | DONALD F. SMITH, PRESIDENT (P)412.471.3939 (F) 412.471.1740 CPOREMSKI@RIDC.ORG | Rent & Utilities | Unliquidated | | | $191,726 |
| 7 | TRONOX LLC ( TRONOX ) 3301 NW 150TH STREET OKLAHOMA CITY, OK 73134 USA | TIMOTHY CARLTON, SVP & CFO (P)405.775.5000 (F) 203.705.3703 | Trade debt | | | | $174,000 |

Debtor  **Aquion Energy, Inc.**
Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | SQM NORTH AMERICA CORP ( SQM ) PO BOX 932210 ATLANTA, GA 31193-2210 USA | GONZALO AGUIRRE, GENERAL COUNSEL (P) 770.916.9400 (F) NOT AVAILABLE GONZALO.AGUIRRE@SQM.COM | Trade debt | | | | $140,421 |
| 9 | SHANGHAI STAL PRECISION STAINL ( STAL ) 291 HUAJIN RD.,XINZHUANG INDUSTRIAL ZONE MINHANG DISTRICT SHANGHAI 201108 CHINA | (P) 021-2408-7711 (F) 021-2408-7887 STAL@STAL.COM.CN | Trade debt | | | | $97,901 |
| 10 | LEVERTON-CLARKE LTD UNIT 16 SHERRINGTON WAY, LISTER ROAD INSURIAL ESTATE BASINGSTOKE, RG22 4DQ UNITED KINGDOM | GRAHAM HOWE (F)+44 (0)1256 810393 SALES@LEVERTONCLARKE.COM | Trade Debt | | | | $88,500 |
| 11 | ALTE STORE ( ALTE ) 330 CODMAN HILL ROAD BOXBOROUGH, MA 1749 USA | RICH LUSSIER, (P) 877.878.4060 (F) 978.263.7081 PURCHASINGRICH.LUSSIER@ ALTESTORE.COM | Warranty Claim | Unliquidated | | | $87,490 |
| 12 | PORT ERIE PLASTICS, INC. ( PORT ERIE ) 909 TROUPE ROAD HARBORCREEK, PA 16421 USA | MELISSA RUNSER (P) 814.899.7602 (F)814.899.7854 MARUNSER@PORTERIE.COM | Trade debt | | | | $83,679 |
| 13 | STEWARD ADVANCED MATERIALS, LL ( STEWARD ) 1245 EAST 38TH STREET CHATTANOOGA, TN 37407 USA | CHERYL GENTRY (P) 423-468-1839 (F) 423-468-1802 CGENTRY@STEWARDMATERIALS.COM | Trade debt | Contingent Unliquidated | | | $73,142 |
| 14 | ALEXANDERWERK, INC 102 COMMERCE DRIVE MONTGOMERY, PA 18936 USA | (P) 215.442.0270 (F) 215.442.0271 HMVINCIGUERRA@ALEXANDERWERKINC.COM | Trade debt | | | | $69,154 |
| 15 | DYNAMIC MANUFACTURING ( DYNAMIC MANUFACTURING ) 156 ARMSTRONG DRIVE FREEPORT, PA 16229 USA | MIKE EISENMAN, GENERAL MGR. (P) 724.295.4200 (F) 724.295.4228 MEISENMAN@DYNAMIC-MANUFACTURING.COM | Trade debt | | | | $63,987 |
| 16 | UPMC HEALTH PLAN ( UPMC HEALTH PLAN ) PO BOX 371842 PITTSBURGH, PA 15250 USA | DANA DUTZIK (P) 412.454.5266 (F) 877.500.4023 DDUTZIKDL@UPMC.EDU | Trade debt | | | | $63,777 |
| 17 | OMNOVA SOLUTIONS INC ( OMNOVA ) PO BOX 905162 CHARLOTTE, NC 28290-5162 USA | PAUL DESANTIS (P) 216-682-7000 (F) NOT AVAILABLE PDESANTIS@OMNOVA.COM | Trade debt | | | | $48,576 |
| 18 | WIRELESS ENERGY PLOT 6, RUTA SURKIM 1017 PUERTO MONTT CHILE | NELSON STEVENS, CEO (P) 56 99 8852828 (F) 56 65 2204210 NSTEVENS@RENOVABLE.CL | Warranty Claims | Unliquidated | | | $44,900 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | IMERYS GRAPHITE & CARBON ( IMERYS ) PO BOX 71-4488 COLUMBUS, OH 43271 USA | JEAN LUC-CIALDINI (P) 41 91 873 2010 (F) 41 91 873 2019 JEAN-LUC.CIALDINI@IMERYS.COM | Trade debt | | | | $44,369 |
| 20 | SALESFORCE.COM P.O. BOX 203141 DALLAS, TX 75320-3141 USA | MARK HAWKINS (P) 415-901-7000 (F) NOT AVAILABLE POWEROFUS@SALESFORCE.COM | Trade Debt | | | | $41,216 |

DOCS_DE:212597.1

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AQUION ENERGY, INC.,[1] | Case No. 17-_____ (____) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

| Name | Address | Class of Share | Percentage |
|---|---|---|---|
| 40 North Investments LP | 9 West 57th Street, 30th Floor New York, NY 10019 Attn: Michael Bonnici | Common | 13.8% |
| Alettar LLC | 9 West 57th Street 30th Floor New York, NY 10019 | Common | 13.8% |
| HFI V, LP | Heinz Family Office 625 Liberty Avenue Suite 3200 Pittsburgh, PA 15222 Attn: Andrew Eberhart and Bret Doverspike | Common | 11.1% |
| KPCB Holding, Inc. | 2750 Sand Hill Road Menlo Park, CA 94025 Attention: William Joy and John Denniston | A-1 Preferred | 100.0% |

---

[1] The Debtor in this chapter 11 cases and the last four digits of the Debtor's U.S. tax identification number is Aquion Energy, Inc. (1370). The Debtor's headquarters is located at 32 39th Street, Pittsburgh, PA, 15201.

| | | | |
|---|---|---|---|
| KPCB Holding, Inc. | 2750 Sand Hill Road Menlo Park, CA 94025 Attention: William Joy and John Denniston | A-2 Preferred | 100.0% |
| KCPB Holding, Inc. | 2750 Sand Hill Road Menlo Park, CA 94025 Attention: William Joy and John Denniston | Series B Preferred | 100.0% |
| KPCB Holding, Inc. | 2750 Sand Hill Road Menlo Park, CA 94025 Attention: William Joy and John Denniston | Series C Preferred | 34.0% |
| Foundation Capital VI, LLP | 250 Middlefield Road Menlo Park, CA 94025 Attention: David Armstrong | Series C Preferred | 33.6% |
| Advanced Technology Ventures VII, L.P. | 500 Boylston Street Suite 1380 Boston, MA 02116 Attention: William Wiberg | Series C Preferred | 23.5% |
| Onwell Enterprise Holdings, Inc. | c/o 25th Floor, DCH Commercial Centre, 25 Westlands Road, Quarry Bay, Hong Kong | Series D Preferred | 23.5% |
| Tao, LLC | 1 Letterman Dr Bldg C Suite 420 San Francisco, CA 94129 | Series D Preferred | 17.6% |
| Gates Ventures, LLC | 2365 Carillon Point Kirkland, WA 98033 Attn: General Counsel | Series D Preferred | 16.4% |
| Onwell Enterprise Holdings, Inc. | c/o 25th Floor, DCH Commercial Centre, 25 Westlands Road, Quarry Bay, Hong Kong | Series D Warrant | 25.3% |
| Batios Holdings, Limited | White Summers Caffee & James LLP 541 Jefferson Ave., Suite 100 Redwood City, CA 94063 | Series D Warrant | 16.9% |
| DNS-AQN, LLC | 71 South Wacker Drive, Suite 4700 Chicago, IL 60606 Attention: Michael A. Pucker | Series E Preferred | 26.3% |

| | Copy to:<br>Latham & Watkins LLP<br>330 North Wabash Avenue,<br>Suite 2800<br>Chicago, IL 60611<br>Attention:  Scott Hairston | | |
|---|---|---|---|
| Total Energy Ventures International, S.A.S | 2 place Jean Millier – La Défense 6, 92078 Paris La Défense Cedex, France<br>Attention:  Edouard Bulteau | Series E Preferred | 14.4% |
| Constellation NewEnergy, Inc. | 100 Constellation Way, Suite 500 C<br>Baltimore MD 21202<br>Attention:  Michael Smith | Series E Preferred | 13.2% |
| Constellation NewEnergy, Inc. | 100 Constellation Way, Suite 500 C<br>Baltimore MD 21202<br>Attention:  Michael Smith | Series E Warrant | 50.0% |
| Total Energy Ventures International, S.A.S | 2 place Jean Millier – La Défense 6, 92078 Paris La Défense Cedex, France<br>Attention:  Edouard Bulteau | Series E Warrant | 50.0% |
| DNS-AQN, LLC | 71 South Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>Attention:  Michael A. Pucker<br>Copy to:<br>Latham & Watkins LLP<br>330 North Wabash Avenue,<br>Suite 2800<br>Chicago, IL 60611<br>Attention:  Scott Hairston | Series F-1 Warrant | 31.0% |
| Constellation NewEnergy, Inc. | 100 Constellation Way, Suite 500 C<br>Baltimore MD 21202<br>Attention:  Michael Smith | Series F-1 Warrant | 18.1% |
| Gates Ventures, LLC | 2365 Carillon Point<br>Kirkland, WA 98033<br>Attn: General Counsel | Series F-1 Warrant | 10.8% |

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AQUION ENERGY, INC.,[1] | Case No. 17-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

*[**List Begins on Following Page**]*

---

[1]  The Debtor in this chapter 11 cases and the last four digits of the Debtor's U.S. tax identification number is Aquion Energy, Inc. (1370).  The Debtor's headquarters is located at 32 39th Street, Pittsburgh, PA, 15201.

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 40 North Investments LP<br>9 West 57th Street, 30th Floor<br>New York, NY 10019 | Series D Warrant | 230,102 | Equity |
| 40 North Investments LP<br>9 West 57th Street, 30th Floor<br>New York, NY 10019<br>Attn: Michael Bonnici | Common | 575,254 | Equity |
| Advanced Technology Ventures VIII, L. P.<br>500 Boylston Street, Suite 1380<br>Boston, MA 02116<br>Attention: William Wiberg | Series C Preferred | 1,899,256 | Equity |
| Advanced Technology Ventures VIII, L.P.<br>500 Boylston Street, Suite 1380<br>Boston, MA 02116 | Series D Warrant | 46,021 | Equity |
| Advanced Technology Ventures VIII, L.P.<br>500 Boylston Street, Suite 1380<br>Boston, MA 02116<br>Attention: William Wiberg | Series D Preferred | 135,760 | Equity |
| Advanced Technology Ventures VIII, L.P.<br>500 Boylston Street, Suite 1380<br>Boston, MA 02116<br>Attention: William Wiberg | Series D Preferred | 94,341 | Equity |
| Advanced Technology Ventures VIII, L.P.<br>500 Boyleston Street, Suite 1380<br>Boston, MA 02116 | Series F-1 Preferred | 143,111 | Equity |
| Advanced Technology Ventures VIII, L.P.<br>500 Boylston Street<br>Suite 1380<br>Boston, MA 02116 | Series F-1 Preferred | 103,972 | Equity |
| Alettar LLC<br>9 West 57th Street<br>30th Floor<br>New York, NY 10019 | Common | 575,254 | Equity |
| Alettar LLC<br>9 West 57th Street<br>30th Floor<br>New York, NY 10019 | Series D Warrant | 230,102 | Equity |
| Andre T. Heinz Trust<br>BNY Mellon Wealth Management<br>BNY Mellon Center, Suite 3840<br>Pittsburgh, PA 15258-0001 | Series D Warrant | 46,021 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Andre T. Heinz Trust<br>BNY Mellon Wealth Management<br>BNY Mellon Center, Suite 3840<br>Pittsburgh, PA 15258-0001<br>Attn:  Robert A. Haas | Series F-1 Preferred | 26,606 | Equity |
| Andre T. Heinz Trust<br>Heinz Family Office<br>625 Liberty Avenue<br>Suite 3200<br>Pittsburgh, PA 15222<br>Attn:  Andrew Eberhart and Bret Doverspike | Series D Preferred | 230,101 | Equity |
| Batios Holdings Limited<br>Attention: Inna Efimchik<br>White Summers Caffee & James LLP<br>541 Jefferson Ave., Suite 100<br>Redwood City, CA 94063 | Series F-1 Preferred | 79,739 | Equity |
| Batios Holdings Limited<br>Trident Chambers<br>PO BOX 146<br>Road Town, Tortola<br>British Virgin Islands<br>Attn: Costas Hadjicosti | Series D Preferred | 690,305 | Equity |
| Batios Holdings Limited<br>White Summers Caffee & James LLP<br>541 Jefferson Ave., Suite 100<br>Redwood City, CA 94063 | Series D Warrant | 1,000,000 | Equity |
| BNP Paribas S.A.<br>3 Rue d' Antin<br>75002 Paris<br>France<br>Attention: Yann Lagalaye | Series F-1 Preferred | 1,581,340 | Equity |
| Brandon Thomas Moore<br>1849 Elmdale Road<br>Pittsburgh, PA 15205 | Common | 1,100 | Equity |
| CapX Fund IV L.P.<br>155 North Wacker Drive<br>Chicago, IL 60606 | Series D Warrant | 124,255 | Equity |
| CapX Fund IV L.P.<br>155 North Wacker Drive<br>Chicago, IL 60606<br>Attention: Michael Maino | Series E Preferred | 275,900 | Equity |
| CapX Fund IV L.P.<br>155 North Wacker Drive, Suite 1760<br>Chicago, IL 60606<br>Attn: Jeffry S. Pfeffer | Series F-1 Preferred | 31,864 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carnegie Mellon University<br>Technology Transfer Office<br>5000 Forbes Avenue<br>Pittsburgh, PA 15213<br>Attn: Robert Wooldridge, Director | Common | 280,000 | Equity |
| Christina J. Deasy<br>108 Brandon Court<br>Pittsburgh, PA 15237 | Common | 10,039 | Equity |
| Christina L. Marsico<br>7716 Cannon Street<br>Pittsburgh, PA 15218 | Common | 87 | Equity |
| Cindy Lou Matson<br>433 Ross Mountain Park Road<br>New Florence, PA 15944 | Common | 57 | Equity |
| ClearSky Power & Technology Fund I LLC<br>700 Universe Boulevard<br>Juneau Beach, FL 33408<br>Attn: Nick-Anthony Buford | Series F-1 Preferred | 39,857 | Equity |
| ClearSky Power & Technology Fund I LLC<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | Series D Warrant | 575,254 | Equity |
| ClearSky Power & Technology Fund I LLC<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | Series D Warrant | 69,031 | Equity |
| ClearSky Power & Technology Fund I LLC<br>700 Universe Boulevard<br>Juno Beach, FL 33408<br>Attn: Managing Directors | Series D Preferred | 103,545 | Equity |
| ClearSky Power & Technology Fund I LLC<br>700 Universe Boulevard<br>Juno Beach, FL 33408<br>Attn: Managing Directors | Series D Preferred | 241,607 | Equity |
| Constellation NewEnergy, Inc.<br>100 Constellation Way, Suite 500 C<br>Baltimore MD 21202 | Series E Warrant | 459,833 | Equity |
| Constellation NewEnergy, Inc.<br>100 Constellation Way, Suite 500 C<br>Baltimore MD 21202 | Series F-1 Warrant | 79,068 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Constellation NewEnergy, Inc. 100 Constellation Way, Suite 500 C Baltimore MD 21202 Attention: Michael Smith | Series E Preferred | 1,149,583 | Equity |
| Constellation NewEnergy, Inc. 100 Constellation Way, Suite 500 C Baltimore MD 21202 Attention: Vice President, Technology Ventures | Series F-1 Preferred | 593,002 | Equity |
| Constellation NewEnergy, Inc. 100 Constellation Way, Suite 500 C Baltimore MD 21202 Attn: Vice President, Technology Ventures | Series F-1 Preferred | 790,669 | Equity |
| Constellation NewEnergy, Inc. 100 Constellation Way, Suite 500 C Baltimore MD 21202 Attn: Vice President, Technology Ventures | Series F-1 Preferred | 197,667 | Equity |
| Corey Roemer 211 Elizabeth Street Pittsburgh, PA 15209 | Common | 53 | Equity |
| David H. Wells 1100 Madison Avenue #7G New York, NY 10028 | Series E Preferred | 11,495 | Equity |
| David H. Wells 339 Filbert Street San Francisco, CA 94133 | Series F-1 Preferred | 1,344 | Equity |
| DNS-AQN, LLC 101 South Reid Street, Suite 307 (Office 313) Sioux Falls, SD 57103 | Series F-1 Preferred | 1,354,208 | Equity |
| DNS-AQN, LLC 101 South Reid Street, Suite 307 (Office 313) Sioux Falls, SD 57103 | Series F-1 Preferred | 197,667 | Equity |
| DNS-AQN, LLC 71 South Wacker Drive, Suite 4700 Chicago, IL 60606 | Series F-1 Warrant | 135,422 | Equity |
| DNS-AQN, LLC 71 South Wacker Drive, Suite 4700 Chicago, IL 60606 Attention: Michael A. Pucker | Series E Preferred | 2,299,167 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donald E. Humphreys<br>6621 Candies Creek Ridge Road<br>Charleston, TN 37310 | Common | 231,466 | Equity |
| Edward Samuel Lynch-Bell<br>608/2-10 Plenty Road<br>Preston, VIC, 3072<br>Australia | Common | 27,010 | Equity |
| Ethan Michael Bishop<br>808 East End Avenue, Apt. 2<br>Pittsburgh, PA 15221 | Common | 27 | Equity |
| Foundation Capital VI Principals Fund, L.L.C.<br>250 Middlefield Road<br>Menlo Park, CA 94025 | Series D Warrant | 1,018 | Equity |
| Foundation Capital VI Principals Fund, L.L.C.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attention: David Armstrong | Series C Preferred | 30,415 | Equity |
| Foundation Capital VI Principals Fund, L.L.C.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attention: David Armstrong | Series C Preferred | 7,604 | Equity |
| Foundation Capital VI Principals Fund, L.L.C.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attention: David Armstrong | Series D Preferred | 3,012 | Equity |
| Foundation Capital VI Principals Fund, L.L.C.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attention: David Armstrong | Series D Preferred | 2,072 | Equity |
| Foundation Capital VI Principals Fund, L.L.C.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attn: David Armstrong | Series F-1 Preferred | 2,183 | Equity |
| Foundation Capital VI Principals Fund, L.L.C.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attn: Steve Vassallo | Series F-1 Preferred | 2,794 | Equity |
| Foundation Capital VI, L.P.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attention: David Armstrong | Series C Preferred | 680,532 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Foundation Capital VI, L.P.<br>250 Middlefield Road<br>Menlo Park, CA 94025 | Series D Warrant | 91,025 | Equity |
| Foundation Capital VI, L.P.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attention: David Armstrong | Series C Preferred | 2,722,131 | Equity |
| Foundation Capital VI, L.P.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attention: David Armstrong | Series D Preferred | 269,658 | Equity |
| Foundation Capital VI, L.P.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attention: David Armstrong | Series D Preferred | 185,461 | Equity |
| Foundation Capital VI, L.P.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attn: David Armstrong | Series F-1 Preferred | 195,483 | Equity |
| Foundation Capital VI, L.P.<br>250 Middlefield Road<br>Menlo Park, CA 94025<br>Attn: Steve Vassallo | Series F-1 Preferred | 250,021 | Equity |
| Gates Ventures, LLC<br>2365 Carillon Point<br>Kirkland, WA 98033 | Series D Warrant | 460,204 | Equity |
| Gates Ventures, LLC<br>2365 Carillon Point<br>Kirkland, WA 98033 | Series F-1 Warrant | 46,957 | Equity |
| Gates Ventures, LLC<br>2365 Carillon Point<br>Kirkland, WA 98033<br>Attn: General Counsel | Series D Preferred | 690,305 | Equity |
| Gates Ventures, LLC<br>2365 Carillon Point<br>Kirkland, WA 98033<br>Attn: General Counsel | Series D Preferred | 1,610,713 | Equity |
| Gates Ventures, LLC<br>2365 Carillon Point<br>Kirkland, WA 98033<br>Attn: General Counsel | Series E Preferred | 356,370 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gates Ventures, LLC<br>2365 Carillon Point<br>Kirkland, WA 98033<br>Attn: General Counsel | Series F-1 Preferred | 782,600 | Equity |
| Gates Ventures, LLC<br>2365 Carillon Point<br>Kirkland, WA 98033<br>Attn: General Counsel | Series F-1 Preferred | 156,552 | Equity |
| Gentry-Aquion Energy Investment I LLC<br>205 N. Michigan Ave.<br>Suite 3770<br>Chicago, IL 60601<br>Attn:  Larry Aschebrook | Series D Preferred | 360,083 | Equity |
| Gentry-Aquion Energy Investment I LLC<br>205 N. Michigan Avenue<br>Suite 3770<br>Chicago, IL 60601<br>Attn:  Larry Aschebrook | Series D Preferred | 10,575 | Equity |
| Gentry-Aquion Energy Investment I LLC<br>205 North Michigan Avenue, Suite 3770<br>Chicago, IL 60601 | Series D Warrant | 72,017 | Equity |
| Gentry-Aquion Energy Investment I LLC<br>205 North Michigan Avenue, Suite 3770<br>Chicago, IL 60601 | Series D Warrant | 2,115 | Equity |
| Gentry-Aquion Energy Investment I LLC<br>205 North Michigan Avenue, Suite 3770<br>Chicago, IL 60601<br>Attn:  Thomas B. Raterman | Series F-1 Preferred | 42,814 | Equity |
| Geoffrey Hurd<br>1059 N. Negley Avenue, Apt. 5<br>Pittsburgh, PA 15206 | Common | 25 | Equity |
| Gregory Glovach<br>29 Burnham Road<br>Lowell, MA 01852 | Common | 6,250 | Equity |
| HFI V, LP<br>Heinz Family Office<br>625 Liberty Avenue<br>Suite 3200<br>Pittsburgh, PA 15222 | Series D Warrant | 184,082 | Equity |
| HFI V, LP<br>Heinz Family Office<br>625 Liberty Avenue<br>Suite 3200<br>Pittsburgh, PA 15222<br>Attn:  Andrew Eberhart and Bret Doverspike | Common | 460,203 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Horizon Technology Finance Corporation<br>1101 Horizon Drive<br>PO Box 4290<br>Lawrence, KS 66046-1290 | Series D Warrant | 57,525 | Equity |
| Horizon Technology Finance Corporation<br>1101 Horizon Drive<br>PO Box 4290<br>Lawrence, KS 66046-1290 | Series D Warrant | 57,525 | Equity |
| Jacob A. Schurer<br>261 Rockdale Road<br>Butler, PA 16002 | Common | 43 | Equity |
| Jay Whitacre<br>5859 Aylesboro Avenue<br>Pittsburgh, PA 15217 | Common | 1,820,000 | Equity |
| John A Swanson Revocable Trust U/A 9/10/02<br>1551 Saint James Circle<br>The Villages, FL 32162 | Series F-1 Preferred | 395,333 | Equity |
| John A Swanson Revocable Trust U/A 9/10/02<br>1551 Saint James Circle<br>The Villages, FL 32162 | Series F-1 Preferred | 39,533 | Equity |
| John A Swanson Revocable Trust U/A 9/10/02<br>1551 Saint James Circle<br>The Villages, FL 32162 | Series F-1 Warrant | 39,533 | Equity |
| KPCB Holdings, Inc., as Nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025 | Series A-1 Preferred | 2,333,331 | Equity |
| KPCB Holdings, Inc., as Nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025 | Series A-2 Preferred | 1,166,669 | Equity |
| KPCB Holdings, Inc., as Nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025 | Series B Preferred | 6,751,113 | Equity |
| KPCB Holdings, Inc., as Nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025 | Series D Warrant | 138,061 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KPCB Holdings, Inc., as Nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025<br>Attention: William Joy and John Denniston | Series C Preferred | 2,752,546 | Equity |
| KPCB Holdings, Inc., as Nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025<br>Attention: William Joy and John Denniston | Series D Preferred | 408,430 | Equity |
| KPCB Holdings, Inc., as Nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025<br>Attention: William Joy and John Denniston | Series D Preferred | 281,874 | Equity |
| KPCB Holdings, Inc., as nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025<br>Attn: Paul Vronsky | Series F-1 Preferred | 593,002 | Equity |
| KPCB Holdings, Inc., as nominee<br>2750 Sand Hill Road<br>Menlo Park, CA 94025<br>Attn: William Joy & John Denniston | Series F-1 Preferred | 395,333 | Equity |
| Kuwait Investment Authority<br>P.O Box 64, Safat 13001, Kuwait<br>Attention: Farouk A. Bastaki, Executive Director, Alternative Investment | Series F-1 Preferred | 5,930,025 | Equity |
| Kuwait Investment Authority<br>P.O Box 64, Safat 13001, Kuwait<br>Attention: Farouk A. Bastaki, Executive Director, Alternative Investment | Series F-1 Preferred | 790,670 | Equity |
| Laura Herbeck<br>c/o Bea Herbeck Belnap<br>2359 Railroad Street, Apt. 2524<br>Pittsburgh, PA 15222 | Common | 211 | Equity |
| Mark Neville<br>6172 Island Lake Drive<br>Brighton, MI 48116-9527 | Common | 9,644 | Equity |
| Meisha L. Watkins<br>1866 Morningside Avenue<br>Pittsburgh, PA 15206 | Common | 120 | Equity |
| Michael A. Eshoo<br>1004 W. Galer Street<br>Seattle, WA 98119 | Common | 15,431 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Onwell Enterprises Holding Inc.<br>c/o 25th Floor, DCH Commercial Centre,<br>25 Westlands Road,<br>Quarry Bay,<br>Hong Kong | Series D Preferred | 2,301,019 | Equity |
| Onwell Enterprises Holding Inc.<br>c/o 25th Floor, Berkshire House<br>25 Westlands Road<br>Quarry Bay<br>Hong Kong | Series F-1 Preferred | 395,335 | Equity |
| Onwell Enterprises Holding Inc.<br>c/o 25th Floor, Berkshire House<br>25 Westlands Road<br>Quarry Bay<br>Hong Kong | Series F-1 Preferred | 593,002 | Equity |
| Onwell Enterprises Holding Inc.<br>c/o 25th Floor, Berkshire House<br>25 Westlands Road<br>Quarry Bay<br>Hong Kong | Series E Preferred | 275,900 | Equity |
| Onwell Enterprises Holding Inc.<br>c/o 25th Floor, Berkshire House<br>25 Westlands Road<br>Quarry Bay<br>Hong Kong | Series F-1 Preferred | 118,600 | Equity |
| Onwell Enterprises Holding Inc.<br>c/o 25th Floor, DCH Commercial Centre<br>25 Westlands Road<br>Quarry Bay, Hong Kong | Series D Warrant | 460,204 | Equity |
| Onwell Enterprises Holding Inc.<br>c/o 25th Floor, DCH Commercial Centre<br>25 Westlands Road<br>Quarry Bay, Hong Kong | Series D Warrant | 1,500,000 | Equity |
| Onwell Enterprises Holding Inc.<br>c/o 25th Floor, DCH Commercial Centre<br>25 Westlands Road<br>Quarry Bay, Hong Kong<br>Attention: Andy Yung | Series E Preferred | 229,916 | Equity |
| Prelude Fund, LP<br>One Ferry Building, Suite 300<br>San Francisco, CA  94111 | Series D Warrant | 46,021 | Equity |
| Prelude Fund, LP<br>One Ferry Building, Suite 300<br>San Francisco, CA  94111<br>Attn:  Tim Woodward | Series D Preferred | 230,101 | Equity |
| Prelude Fund, LP<br>One Ferry Building, Suite 300<br>San Francisco, CA  94111<br>Attn:  Tim Woodward | Series E Preferred | 459,833 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Prelude Fund, LP<br>One Ferry Building, Suite 300<br>San Francisco, CA  94111<br>Attn:  Tim Woodward | Series F-1 Preferred | 143,507 | Equity |
| Prelude Fund, LP<br>One Ferry Building, Suite 300<br>San Francisco, CA  94111<br>Attn:  Tim Woodward | Series F-1 Preferred | 118,600 | Equity |
| Prime Overseas Investments and Enterprises SA<br>Attendus Trust Company AG<br>Banhnhofstrasse 12<br>PO Box 1551<br>6301 Zug Switzerland | Series F-1 Preferred | 270,841 | Equity |
| Prime Overseas Investments and Enterprises SA<br>Attendus Trust Company AG<br>Banhnhofstrasse 12<br>PO Box 1551<br>6301 Zug Switzerland | Series F-1 Warrant | 27,084 | Equity |
| Prime Overseas Investments and Enterprises SA<br>Attendus Trust Company AG<br>Banhnhofstrasse 12<br>PO Box 1551<br>6301 Zug, Switzerland | Series E Preferred | 459,833 | Equity |
| Quelcy T. Kogel<br>3210 Dobson Street, #3<br>Pittsburgh, PA 15219 | Common | 121 | Equity |
| Rachel Liggett<br>922 Limestone Drive<br>Allison Park, PA 15101 | Common | 100 | Equity |
| Riyadh Valley Company<br>PO Box 90076 Riyadh 11613<br>Kingdom of Saudi Arabia<br>Attn: Dr. Khalid Al-Saleh | Series F-1 Preferred | 1,581,340 | Equity |
| Salix Investments, LLC<br>110 NW 2nd Street, Suite 300<br>Bentonville, AR 72712 | Series F-1 Warrant | 40,626 | Equity |
| Salix Investments, LLC<br>110 NW 2nd Street, Suite 300<br>Bentonville, AR 72712<br>Attention: Marissa Nevill | Series E Preferred | 689,750 | Equity |
| Salix Investments, LLC<br>110 NW 2nd Street, Suite 300<br>Bentonville, AR 72712<br>Attn: Marissa Nevill | Series F-1 Preferred | 406,261 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Shell Technology Ventures LLC<br>150 N. Dairy Ashford<br>Houston, Texas 77079 | Series F-1 Preferred | 270,841 | Equity |
| Shell Technology Ventures LLC<br>150 N. Dairy Ashford<br>Houston, Texas 77079 | Series F-1 Warrant | 27,084 | Equity |
| Shell Technology Ventures LLC<br>910 Louisiana St.<br>Houston, Texas 77002<br>Attention: Henrik Holland | Series E Preferred | 459,833 | Equity |
| Silicon Valley Bank<br>5 Radnor Corporate Center<br>100 Matsonford Road<br>Radnor, PA 19807 | Series D Warrant | 57,525 | Equity |
| Sneha Shanbhag<br>213 Valley Road<br>Pittsburgh, PA 15215 | Common | 2,000 | Equity |
| Sylvia McFadden<br>204 Westcombe Park<br>West Henrietta, NY 14586 | Common | 1,166 | Equity |
| Tao Invest LLC<br>Tao Capital Partners LLC<br>1 Letterman Drive<br>Suite C4-420<br>San Francisco, CA 94129 | Series F-1 Preferred | 395,333 | Equity |
| Tao, LLC<br>1 Letterman Dr<br>Bldg C Suite 420<br>San Francisco, CA 94129 | Series D Preferred | 1,725,764 | Equity |
| Tao, LLC<br>1 Letterman Dr<br>Bldg C Suite 420<br>San Francisco, CA 94129 | Series D Warrant | 345,153 | Equity |
| Tao, LLC<br>1 Letterman Dr<br>Bldg C Suite 420<br>San Francisco, CA 94129<br>Attention: Nicholas J. Pritzker | Series E Preferred | 459,833 | Equity |
| Techview Investments Ltd.<br>Lyford Cay House 6th Floor<br>PO Box N7776 Slot 193<br>Nassau, N.P.<br>The Bahamas | Series F-1 Preferred | 270,841 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Techview Investments Ltd.<br>Lyford Cay House 6th Floor<br>PO Box N7776 Slot 193<br>Nassau, N.P., The Bahamas | Series E Preferred | 459,833 | Equity |
| Techview Investments Ltd.<br>Lyford Cay House 6th Floor<br>PO Box N7776 Slot 193<br>Nassau, N.P., The Bahamas | Series F-1 Warrant | 27,084 | Equity |
| Theodore Alan Wiley<br>44 Prince Street, #44<br>Cambridge, MA 02139 | Common | 51,724 | Equity |
| Timothy R. Schwertfeger<br>1550 N. State Pkwy.<br>Chicago, IL 60610 | Series D Warrant | 46,021 | Equity |
| Timothy R. Schwertfeger<br>1550 N. State Pkwy.<br>Chicago, IL 60610 | Series F-1 Preferred | 138,365 | Equity |
| Timothy R. Schwertfeger<br>1550 N. State Pkwy.<br>Chicago, IL 60610 | Series F-1 Preferred | 39,533 | Equity |
| Timothy R. Schwertfeger<br>1550 N. State Pkwy.<br>Chicago, IL 60610 | Series F-1 Warrant | 13,838 | Equity |
| Timothy R. Schwertfeger<br>1550 N. State Pkwy.<br>Chicago, IL 60610 | Series D Preferred | 230,101 | Equity |
| Total Energy Ventures International, S.A.S.<br>2 place Jean Millier – La Défense 6<br>92078 Paris La Défense Cedex<br>France | Series E Warrant | 459,833 | Equity |
| Total Energy Ventures International, S.A.S.<br>2 place Jean Millier – La Défense 6<br>92078 Paris La Défense Cedex<br>France | Series F-1 Preferred | 118,600 | Equity |
| Total Energy Ventures International, S.A.S.<br>2 place Jean Millier – La Défense 6<br>92078 Paris La Défense Cedex<br>France | Series F-1 Preferred | 14,149 | Equity |

Aquion Energy, Inc
List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Total Energy Ventures International, S.A.S.<br>2 place Jean Millier -- La Défense 6<br>92078 Paris La Défense Cedex<br>France<br>Attention: Edouard Bulteau | Series E Preferred | 1,149,583 | Equity |
| Tray3, LLC<br>120 Millview Drive<br>Pittsburgh, PA 15238 | Series F-1 Preferred | 593,003 | Equity |
| Trinity Capital Fund II, L.P.<br>2121 West Chandler Boulevard, Suite 103<br>Chandler, AZ 85224 | Series D Warrant | 82,836 | Equity |
| TriplePoint Capital LLC<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | Series C Warrant | 19,267 | Equity |
| TriplePoint Ventures 2, LLC<br>2755 Sand Hill Road, Suite 150<br>Menlo Park, CA 94025<br>Attention: Sajal Srivastava | Common | 82,576 | Equity |
| William Meanor<br>326 Bellford Court<br>Cranberry Twp., PA 16066 | Common | 2,557 | Equity |
| William Meanor<br>326 Bellford Court<br>Cranberry Twp., PA 16066 | Common | 1,664 | Equity |
| William Wedler<br>531 Gross Street<br>Pittsburgh, PA 15224 | Common | 2,162 | Equity |

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AQUION ENERGY, INC.,[1] | Case No. 17-_____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

       Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[2] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors.  To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

       The information contained herein is based upon a review of the Debtors' books and records as of the petition date.  However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtor in this chapter 11 cases and the last four digits of the Debtor's U.S. tax identification number is Aquion Energy, Inc. (1370).  The Debtor's headquarters is located at 32 39th Street, Pittsburgh, PA, 15201.
[2] The Debtors are the following six entities (the last four digits of their respective taxpayer  identification numbers follow in parentheses): American Apparel, LLC (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870).  The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California, 90021.

Fill in this information to identify the case:

Debtor name    **Aquion Energy, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

█████    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)*
☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐    *Schedule H: Codebtors (Official Form 206H)*
☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    *Amended Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☑    Other document that requires a declaration    **Corporate Ownership Statement**
                                                   **List of Equity Holders**
                                                   **Certification of Creditor Matrix** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *March 8, 2017*    X _____
                                   Signature of individual signing on behalf of debtor

                                   **Suzanne Roski**
                                   Printed name

                                   **Chief Restructuring Officer**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy