**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Aquion Energy, Inc. | : | Case No. 17-10500 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.   **Tronox, LLC**, Attn: Steven Kaye, 263 Tresser Blvd., Suite 1100, Stamford, CT 06901, Phone: 203-705-3769..

2.   **The RIDC Regional Growth Fund**, Attn: W. Michael Saul, 210 Sixth Avenue, Suite 3620, Pittsburgh, PA 15222, Phone: 412-315-6441, Fax: 412-471-1740.

3.   **Leverton Clarke LTD,** Attn: Graham Howe, Unit 15 Sherrington Way, Lister Road, Industrial Estate Basingstone, R922 4DQ United Kingdom, Phone: +44 (0) 1256 810393, Fax: +44 (0) 1256 479324


          ANDREW R. VARA
          Acting United States Trustee, Region 3


           /s/ Hannah M. McCollum for
          T. PATRICK TINKER
          ASSISTANT UNITED STATES TRUSTEE


DATED: March 31, 2017

Attorney assigned to this Case: Hannah McCollom, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400