**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AQUION ENERGY, INC.,[1] | ) ) ) | Case No. 17-10500 (KJC) |
| Debtor. | ) ) ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of Aquion Energy, Inc. (the "Committee"), hereby appears by its proposed counsel, Lowenstein Sandler LLP and Klehr Harrison Harvey Branzburg LLP (collectively, "Counsel").  Counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases.  Counsel request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon each Counsel, at the addresses, telephone, and email addresses set forth below:

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is Aquion Energy, Inc. (1370).  The Debtor's headquarters is located at 32 39th Street, Pittsburgh, PA 15201.

| | |
|---|---|
| Jeffrey Cohen, Esq.<br>Barry Z. Bazian, Esq.<br>**LOWENSTEIN SANDLER LLP**<br>1251 Avenue of the Americas<br>New York, New York  10020<br>Telephone: (212) 262-6700<br>Email: jcohen@lowenstein.com<br>         bbazian@lowenstein.com | Richard M. Beck, Esq.<br>Sally E. Veghte, Esq.<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Email:  rbeck@klehr.com<br>          sveghte@klehr.com |

-and-

Andrew David Behlmann, Esq.
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey  07068
Telephone:  (973) 597-2500
Email:  abehlmann@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be

entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: April 4, 2017<br>Wilmington, Delaware | */s/ Richard M. Beck*<br>Richard M. Beck, Esq. (DE Bar No. 3770)<br>Sally E. Veghte, Esq. (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Email: rbeck@klehr.com<br>          sveghte@klehr.com<br><br>-and -<br><br>Jeffrey Cohen, Esq.<br>Barry Z. Bazian, Esq.<br>**LOWENSTEIN SANDLER LLP**<br>1251 Avenue of the Americas<br>New York, New York  10020<br>Telephone: (212) 262-6700<br>Email: jcohen@lowenstein.com<br>          bbazian@lowenstein.com<br><br>-and-<br><br>Andrew David Behlmann, Esq.<br>**LOWENSTEIN SANDLER LLP**<br>65 Livingston Avenue<br>Roseland, New Jersey  07068<br>Telephone: (973) 597-2500<br>Email: abehlmann@lowenstein.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |