# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AQUION ENERGY, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17-10500 (KJC) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 21, 2017 AT 2:00 P.M.**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## CONTINUED MATTERS

1. **Expeditors' Stay Motion** – Expeditors International of Washington, Inc.'s Motion for Adequate Protection or Relief from the Automatic Stay [Filed: 4/13/17] (Docket No. 104).

    Response Deadline:    May 3, 2017 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)    Debtor's Limited Response to Expeditor's Motion for Adequate Protection or Relief from the Automatic Stay [Filed: 5/3/17] (Docket No. 137).

    Related Documents:

    a)    [Signed] Order Approving Stipulation and Agreement Resolving Expeditors' Motion for Adequate Protection or Relief from the Automatic Stay [Filed: 6/2/17] (Docket No. 197).

    Status:  This motion will be deemed withdrawn with prejudice upon the full payment amount on or before June 30, 2017.  If the full payment amount is not received, this motion will be heard at the next scheduled omnibus hearing date on July 19, 2017 at 11:00 a.m. Eastern Time.

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is Aquion Energy, Inc. (1370).  The Debtor's headquarters is located at 32 39th Street, Pittsburgh, PA  15201.

2. **WARN Act Complaint (Bryan A. Dilascio, *et al*. v. Aquion Energy, Inc. (17-50337-KJC)** – Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. §§ 2101, *et seq*. [Filed: 3/30/17] (Docket No. 1).

   Response Deadline:   July 14, 2017.

   Responses Received:  None as of the date hereof.

   Related Documents:

   a) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 4/10/17] (Docket No. 3).

   b) Stipulation for an Extension of Time for Defendant to Respond to Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. §§ 2101, *et seq*. [Filed: 5/15/17] (Docket No. 8).

   c) [Signed] Order Approving Stipulation for an Extension of Time for Defendant to Respond to Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. §§ 2101, *et seq*. [Filed: 5/15/17] (Docket No. 9).

   Status:  The pretrial conference has been continued to the omnibus hearing date scheduled for August 23, 2017 at 10:00 a.m. Eastern Time.

**UNCONTESTED MATTERS FOR WHICH CNOS HAVE BEEN FILED**

3. **365(d)(4) Extension Motion** – Debtor's Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 5/31/17] (Docket No. 192).

   Response Deadline:   June 14, 2017 at 4:00 p.m. Eastern Time.  Extended to June 16, 2017 at 4:00 p.m. Eastern Time for RIDC Fund for Economic Growth ("RIDC").

   Responses Received:  Informal comments from RIDC and Judraks, LLC.

   Related Documents:

   a) Certification of Counsel Submitting Proposed Order Approving Stipulation By and Between the Debtor and RIDC [Filed: 6/16/17] (Docket No. 233).

   b) Certification of No Objection Regarding Docket No. 192 [Filed: 6/19/17] (Docket No. 234).

   Status:  A stipulation and proposed order resolving the informal comments from RIDC has been filed under certification of counsel.  The Debtor requests entry of the order attached to the certification of counsel. The Debtor has resolved the informal comments

of Judraks, LLC.  A certification of no objection regarding the 365(d)(4) extension motion has been filed.  The Debtor requests entry of the order attached to the motion.

4. **Removal Extension Motion** – Debtor's Motion for Entry of an Order Extending the Period Within Which It May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure [Filed: 5/31/17] (Docket No. 193).

   Response Deadline:   June 14, 2017 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a) Certification of No Objection Regarding Docket No. 193 [Filed: 6/15/17] (Docket No. 229).

   Status:  A certification of no objection has been filed.  The Debtor requests entry of the order attached to the motion.

**MATTER GOING FORWARD**

5. **Sale Motion** – Motion for Entry of an Order (I) (A) Authorizing Entry Into the Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee Provisions; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief [Filed: 5/24/17] (Docket No. 168).

   Response Deadline (Sale Motion):   June 16, 2017 at 4:00 p.m. Eastern Time.  Extended to June 20, 2017 at 11:00 a.m. for Expeditors International of Washington, Inc.

   Response Deadline (Cure Notice):   June 16, 2017 at 4:00 p.m. Eastern Time.

   Responses Received:

   a) Limited Objection of Vale Vista Associates, LP to Debtor's Notice of Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned [Filed: 6/16/17] (Docket No. 231).

   b) Informal comments from the RIDC regarding cure amounts and allocation of sale proceeds.

    (i)    Certification of Counsel Submitting Proposed Order Approving Stipulation By and Between the Debtor and RIDC [Filed: 6/16/17] (Docket No. 233).

Related Documents:

a) Declaration of Suzanne Roski in Support of Motion for Entry of an Order (I) (A) Authorizing Entry Into the Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee Provisions; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief [Filed: 6/5/17] (Docket No. 203).

b) [Signed] Order (A) Authorizing Entry Into the Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee Provisions; and (F) Granting Other Related Relief [Filed: 6/6/17] (Docket No. 210).

c) Notice of Sale Procedures, Auction Date and Sale Hearing for Substantially All of Debtor's Assets [Filed: 6/7/17] (Docket No. 213).

d) Notice of Auction and Sale Hearing for Debtor's Assets [Filed: 6/7/17] (Docket No. 214).

e) Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned [Filed: 6/7/17] (Docket No. 215).

Status: This matter will go forward. The Debtor has resolved RIDC's informal comments related to their cure amount. A stipulation and proposed order resolving the informal comments from RIDC regarding cure amounts has been filed under certification of counsel. The Debtor requests entry of the order attached to the certification of counsel.

5

| | |
|---|---|
| Dated:  June 19, 2017 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Joseph M. Mulvihill*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Joseph M. Mulvihill (Bar No. 6061)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          jmulvihill@pszjlaw.com<br><br>Counsel to the Debtor and Debtor in Possession |