# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AQUION ENERGY, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17-10500 (KJC)<br><br>Docket Ref. Nos. 192, 201, 215 & 233 |

## ORDER APPROVING STIPULATION
## BY AND BETWEEN THE DEBTOR AND RIDC

Upon consideration of the *Stipulation by and Between the Debtors and RIDC* (the "Stipulation"),[2] a copy of which is attached to this Order as Exhibit 1, and the Court having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Stipulation;

**IT IS HEREBY ORDERED THAT:**

    1.    The Stipulation is APPROVED.

    2.    The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is Aquion Energy, Inc. (1370). The Debtor's headquarters is located at 32 39th Street, Pittsburgh, PA 15201.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation or this Order.

Dated: June 19, 2017

The Honorable Kevin J. Carey
United States Bankruptcy Judge