# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AQUION ENERGY, INC.,[1] | ) | Case No. 17-10500 (KJC) |
| | ) | |
| Debtor. | ) | **Docket Ref. No. 210** |

## NOTICE OF (I) SUCCESSFUL BIDDER AND BACKUP BIDDER AND (II) PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On May 24, 2017, the above captioned debtor and debtor-in-possession (the "Debtor") filed the *Motion for Entry of an Order (I)(A) Authorizing Entry Into the Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee Provisions; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief* [Docket No. 168] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

On June 6, 2017, the Court entered the *Order (A) Authorizing Entry Into the Asset Purchase Agreement with Respect to the Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee Provisions; and (F) Granting Other Related Relief* [Docket No. 210] (the "Bidding Procedures Order").[2]

On June 20, 2017, the Debtor held an auction (the "Auction") for the sale of the Assets pursuant to the terms of the Bidding Procedures Order.

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is Aquion Energy, Inc. (1370). The Debtor's headquarters is located at 32 39th Street, Pittsburgh, PA, 15201.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Motion, as applicable.

Prior to the Auction and in accordance with the Bidding Procedures Order, the Debtor, in consultation with the official committee of unsecured creditors (the "Committee") designated three additional bids as Qualified Bids.[3] Following the conclusion of the Auction, the Debtor, in consultation with the Committee, selected Juline-Titans LLC as the Successful Bidder and Enpower Energy Corp., Ltd. as the Back-up Bidder.

Attached hereto as **Schedule 1** is a list of the proposed contracts and leases (the "Assumed Executory Contracts") to be assumed and assigned pursuant to the Successful Bidder APA. Attached hereto as **Schedule 2** is a list of the proposed Assumed Executory Contracts that would be assumed and assigned pursuant to the Back-up Bidder's asset purchase agreement (the "Back-up Bidder APA").

**The Sale Hearing will take place on June 21, 2017 at 2:00 p.m.** before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in the Bankruptcy Court, located at 824 N. Market St., Wilmington, DE 19801. At the Sale Hearing, the Debtor will seek approval of the Sale and present the Successful Bid and the Back-up Bid to the Bankruptcy Court for approval by the Bankruptcy Court.

The Debtor's assumption and assignment of the Assumed Executory Contracts is subject to both approval by the Bankruptcy Court and the closing of the Sale to the applicable bidder. Absent entry of a Sale order approving the assumption and assignment of the Assumed Executory Contracts and the closing of the Sale to the applicable bidder, the Assumed Executory Contracts will not be assumed and assigned and shall remain in all respects subject to subsequent assumption, assumption and assignment, or rejection by the Debtor.

Copies of the Motion, the Bidding Procedures Order, the Bidding Procedures, and all other documents filed with the Court may be obtained free of charge at the website dedicated to the Debtor's chapter 11 case maintained by their claims and noticing agent, Kurtzman Carson Consultants LLC (http://www.kccllc.net/aquion). Copies of these documents are also available for inspection during regular business hours at the Office of the Clerk of the Bankruptcy Court, located at 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

[*Remainder of Page Intentionally Left Blank*]

---

[3] The Stalking Horse Bidder was already deemed a Qualified Bidder pursuant to the terms of the Bidding Procedures Order.

Dated: June 21, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joseph M. Mulvihill (Bar No. 6061)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            jmulvihill@pszjlaw.com

Counsel for Debtor and Debtor in Possession

-3-