**Schedule 1**

**Proposed Assumed Executory Contracts to be Assumed and Assigned Pursuant to the Successful Bidder APA**

| Counter Party |
|---|
| BTR Nano Tech Co, Ltd<br>Block 8, High-Tech Industrial Park<br>Xitian, Gongming Town, Guangming New District<br>Shenzhen, China |
| Carnegie Mellon University<br>Attn:  Director, Center for Tech Transfer & Enterprise Creation<br>4615 Forbes Avenue, Suite 302<br>Pittsburgh, PA 15213 |
| Judraks LLC<br>P.O. Box 10416<br>Pittsburgh, PA 15234<br>Attn:  Jeff Prunzik |
| Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 |
| Plex Systems, Inc.<br>1731 Harmon Road<br>Auburn Hills, MI 48326 |
| Theodore A. Wiley<br>4521 Butler St.<br>Pittsburgh, PA 15201 |
| Zhejiang Welly Energy Co. Ltd.<br>256 Xinxing Ave<br>Cixi City<br>Shejiang 315301, P.R. China |

In addition, the Successful Bidder assumed all confidentiality or non-disclosure agreements entered into by or on behalf of Seller with parties interested in pursuing a potential acquisition of the Business (as defined in the Successful Bidder APA) or who otherwise received confidential information of Seller in connection with the process for the sale of the Business.