## Schedule 2

## Proposed Assumed Executory Contracts that Would be Assumed and Assigned by the Back-up Bidder APA

| Counter Party |
| --- |
| Carnegie Mellon University<br>Attn:  Director, Center for Tech Transfer & Enterprise Creation<br>4615 Forbes Avenue, Suite 302<br>Pittsburgh, PA 15213 |
| Judraks LLC<br>P.O. Box 10416<br>Pittsburgh, PA 15234<br>Attn:  Jeff Prunzik |