IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AQUION ENERGY, INC.,[1] | ) | Case No. 17-10500 (KJC) |
| | ) | |
| Debtor. | ) | **Docket Ref. No. 255** |

## NOTICE OF FILING OF BACK-UP BIDDER ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that pursuant to the proposed *Order (A) Authorizing the Sale of Substantially all of the Debtor's Assets Pursuant to Asset Purchase Agreement Free and Clear of all Liens, Claims, and Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief* [Docket No. 255-1],[2] attached hereto as **Exhibit A** is the Back-up Bidder's asset purchase agreement.

Dated: June 21, 2017          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joseph M. Mulvihill (Bar No. 6061)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           jmulvihill@pszjlaw.com

Counsel for Debtor and Debtor in Possession

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is Aquion Energy, Inc. (1370). The Debtor's headquarters is located at 32 39th Street, Pittsburgh, PA, 15201.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Revised Sale Order.