# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEI WINDDOWN, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17-10500 (KJC) |

## CERTIFICATION OF MICHAEL J. PAQUE WITH RESPECT TO THE TABULATION OF VOTES ON THE DEBTOR'S PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

I, Michael J. Paque, depose and say under penalty of perjury:

1. I am a Director employed by Kurtzman Carson Consultants LLC ("KCC"). I am over the age of 18 and not a party to this action.

2. On March 20, 2017 the Court entered the *Order Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and LBR 2002-1(f)* [Docket No. 29]. On December 6, 2017 the Court entered the *Order (A) Appointing Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtor Nunc Pro Tunc to November 6, 2017, and (B) Granting Related Relief* [Docket No. 454].

3. On November 7, 2017, the Court entered the *Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing and Approving Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballot; and (V) Granting Related Relief* [Docket No. 416] (the

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) (1370). The Debtor's headquarters is located at AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) c/o Suzanne Roski, 1051 East Cary Street, Suite 602, Richmond, VA 23219.

"**<u>Disclosure Statement Order</u>**") establishing, among other things, certain solicitation and voting tabulation procedures.

4.  KCC worked with Debtor's counsel to solicit votes to accept or reject the *Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Plan**") and to tabulate the ballots of creditors voting to accept or reject the Plan. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge. I am authorized to submit this Certification on behalf of KCC.

5.  KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

**A.    Service and Transmittal of Solicitation Packages and Related Information**

6.  On November 14, 2017, KCC caused to be served Solicitation Packages (as defined in the Disclosure Statement Order[1]) in accordance with the Disclosure Statement Order. An affidavit evidencing the service of the foregoing was filed with the Court on November 22, 2017 [Docket No. 441] and a supplement affidavit was filed on November 22, 2017 [Docket No. 442].

**B.    The Tabulation Process**

7.  The Disclosure Statement Order established November 9, 2017 as the record date for determining which creditors were entitled to receive Solicitation Packages and, where applicable, vote on the Plan. Pursuant to the Disclosure Statement Order and Plan, holders of Class 3 Convenience Claims and Class 4 Unsecured Claims were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

8.  Pursuant to the Disclosure Statement Order, KCC, with the assistance of Debtor's

---

[1] Terms not otherwise described herein shall have the meanings ascribed to them in the Disclosure Statement Order.

counsel, relied on the claims register maintained in these Chapter 11 Cases and the Debtor's Schedules of Assets and Liabilities to identify the holders of claims entitled to vote to accept or reject the Plan.

9. Using the information outlined above, and with guidance and approval from Debtor's counsel, KCC created a voting database reflecting the names of holders in the Voting Classes, addresses of such holders, voting amounts and classification of Claims in the Voting Classes.

10. Using its KCC CaseView voting database ("**KCC CaseView**"), KCC generated ballots for holders of Claims entitled to vote to accept or reject the Plan. The Disclosure Statement Order established December 12, 2017 at 4:00 p.m. (prevailing Eastern Time) as the deadline for receiving ballots to accept or reject the Plan (the "Voting Deadline").

11. Pursuant to the Disclosure Statement Order, KCC received and tabulated ballots as follows: (a) each returned ballot was opened and inspected at KCC's offices; (b) ballots were date-stamped and scanned into KCC CaseView; and (c) all ballots received on or before the Voting Deadline were then entered into KCC CaseView and tabulated in accordance with the tabulation rules outlined in the Disclosure Statement Order.

12. The final Ballot Report containing the summary Ballot Reports of the Voting Classes is attached hereto as Exhibit A.

13. The detailed Ballot Reports for Class 3 Convenience Claims and Class 4 Unsecured Claims are attached to this Certification as Exhibit B-1 and Exhibit B-2, respectively.

//
//
//
//

## Conclusion

14. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Plan is true and correct. The ballots received by KCC are stored at KCC's office and are available for inspection by or submission to this Court.

Dated: December 14, 2017

_____
Michael J. Paque

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda

On  12/14/2017  before me, **SUNGSOO HAN, NOTARY PUBLIC**, personally appeared

_____ Michael J. Pague _____
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Sungsoo Han
Comm. #2156687
Notary Public California
Alameda County
Comm. Expires July 11, 2020

Signature _____
Signature of Notary Public

Place Notary Seal Above

# Exhibit A

Exhibit A
Summary of Voting Classes

| Class Name | Class Description | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Convenience Claims | 45 | 45 | 0 | 100.00 | 0.00 | $149,274.91 | $149,274.91 | $0.00 | 100.00 | 0.00 |
| 4 | Unsecured Claims | 24 | 23 | 1 | 95.83 | 4.17 | $16,908,595.30 | $16,703,387.21 | $205,208.09 | 98.79 | 1.21 |

AEI Winddown, Inc.
Case No. 17-10500

# Exhibit B

Exhibit B-1
Detailed Ballot Report for Class 3 Convenience Claims

| Name | Ballot Number | Voting Amount | Date Filed | Vote |
|---|---|---|---|---|
| Applied Maintenance Supplies & Solutions | 31 | $2,180.32 | 12/04/2017 | Accept |
| ATLAS WHOLESALE SUPPLY INC. | 12 | $163.05 | 11/30/2017 | Accept |
| CAROUSEL INDUSTRIES, INC. | 33 | $5,000.00 | 12/04/2017 | Accept |
| COMPRESSION COMPONENTS & SERVICE, LLC | 6 | $5,000.00 | 11/27/2017 | Accept |
| CONTINENTAL RESOURCES, INC. | 30 | $275.00 | 12/04/2017 | Accept |
| DATA SCIENCE AUTOMATION, INC. | 16 | $5,000.00 | 11/30/2017 | Accept |
| David Frye | 46 | $5,000.00 | 12/08/2017 | Accept |
| DELL FASTENER CORPORATION | 13 | $3,748.72 | 11/30/2017 | Accept |
| DONALDSON COMPANY, INC. | 14 | $5,000.00 | 11/30/2017 | Accept |
| DYNAF CARIBBEAN BV | 65 | $5,000.00 | 12/12/2017 | Accept |
| Evoqua Water Technologies LLC | 35 | $1,667.70 | 12/04/2017 | Accept |
| FREIBURG MANAGEMENT AND MARKETING INTERNATIONAL GMBH | 42 | $5,000.00 | 12/07/2017 | Accept |
| Gary M. Duerst | 41 | $5,000.00 | 12/07/2017 | Accept |
| GEOCHEMICAL TESTING | 44 | $3,727.80 | 12/08/2017 | Accept |
| HM CROSS & SONS INC. | 18 | $152.30 | 12/01/2017 | Accept |
| INSPYRIS, LLC | 27 | $5,000.00 | 12/04/2017 | Accept |
| J.V. RIGGING INC | 5 | $5,000.00 | 11/27/2017 | Accept |
| JUSTIFACTS CREDENTIAL VERIFICATION, INC. | 36 | $254.00 | 12/04/2017 | Accept |
| Microbac Laboratories, Inc | 45 | $506.00 | 12/08/2017 | Accept |
| NISHANT SHARMA | 50 | $4,828.00 | 12/11/2017 | Accept |
| NOFTZ METAL, INC. | 10 | $1,071.00 | 11/27/2017 | Accept |
| ODU-USA, Inc | 68 | $4,250.00 | 12/12/2017 | Accept |
| Peoples Natural Gas Company LLC | 25 | $916.05 | 12/04/2017 | Accept |
| PREISER SCIENTIFIC | 53 | $1,020.00 | 12/11/2017 | Accept |
| RNDT, INC. | 40 | $1,260.00 | 12/07/2017 | Accept |
| Roger Dhonau | 8 | $648.00 | 11/27/2017 | Accept |
| SANZONE & MCCARTHY, LLP | 34 | $350.00 | 12/04/2017 | Accept |
| SARASWATI ENGINEERING LTD | 48 | $5,000.00 | 12/08/2017 | Accept |
| SCOTT ELECTRIC | 9 | $281.42 | 11/27/2017 | Accept |
| SHERWIN WILLIAMS | 17 | $498.83 | 11/30/2017 | Accept |
| SPECIALTY PROCESSING, INC. | 15 | $5,000.00 | 11/30/2017 | Accept |
| SUPERLOGICS, INC. | 7 | $95.00 | 11/27/2017 | Accept |
| Tazmanian Freight Forwarding, Inc. | 19 | $2,374.71 | 12/01/2017 | Accept |
| The Marbury Law Group, PLLC | 54 | $5,000.00 | 12/11/2017 | Accept |
| The Suites at 550 | 11 | $4,687.01 | 11/27/2017 | Accept |
| Thermcraft, Inc. | 56 | $5,000.00 | 12/12/2017 | Accept |
| Thomas W Crane II | 26 | $5,000.00 | 12/04/2017 | Accept |
| TIM WOOD | 32 | $4,320.00 | 12/04/2017 | Accept |
| Trevi Communications, Inc. | 23 | $5,000.00 | 12/01/2017 | Accept |
| TRUEFIT | 21 | $5,000.00 | 12/01/2017 | Accept |
| VACO NASHVILLE, LLC | 29 | $5,000.00 | 12/04/2017 | Accept |
| Viking Precision, Inc. | 24 | $5,000.00 | 12/01/2017 | Accept |
| Windstax Inc | 22 | $5,000.00 | 12/01/2017 | Accept |
| XHIBIT SOLUTIONS INC. | 3 | $5,000.00 | 11/27/2017 | Accept |
| YAP STATE PUBLIC SERVICE CORPORATION | 47 | $5,000.00 | 12/08/2017 | Accept |

Exhibit B-2
Detailed Ballot Report for Class 4 Unsecured Claims

| Name | Ballot Number | Voting Amount | Date Filed | Vote |
|---|---|---|---|---|
| 3Q, INC. | 52 | $48,320.00 | 12/11/2017 | Accept |
| ADI Associates LLC | 39 | $15,467.43 | 12/07/2017 | Accept |
| BALLY DESIGN | 62 | $13,327.50 | 12/12/2017 | Accept |
| Commonwealth Financing Authority | 61 | $2,000,000.00 | 12/12/2017 | Accept |
| Dynamic Manufacturing LLC | 57 | $182,984.35 | 12/12/2017 | Accept |
| Dynamic Manufacturing LLC | 58 | $55,226.01 | 12/12/2017 | Accept |
| Eirich Machines | 66 | $13,884.50 | 12/12/2017 | Accept |
| E-One Moli Energy (Canada) Ltd. | 51 | $1,800,000.00 | 12/11/2017 | Accept |
| Griff Paper and Film | 69 | $27,874.85 | 12/12/2017 | Accept |
| Imerys Graphite & Carbon Belgium SA | 20 | $44,368.64 | 12/01/2017 | Accept |
| Innophos, Inc. | 38 | $30,380.00 | 12/06/2017 | Accept |
| Inter-Island Solar Supply | 43 | $18,852.00 | 12/08/2017 | Accept |
| KENSON PLASTICS, INC. | 2 | $12,355.99 | 11/27/2017 | Accept |
| Mark C Allen | 55 | $16,878.26 | 12/12/2017 | Accept |
| Nick A Lucchese | 49 | $57,750.00 | 12/11/2017 | Accept |
| Pennsylvania Department of Community and Economic Development | 59 | $5,600,000.00 | 12/12/2017 | Accept |
| Pennsylvania Department of Community and Economic Development | 60 | $1,000,000.00 | 12/12/2017 | Accept |
| PORT ERIE PLASTICS, INC. | 28 | $205,208.09 | 12/04/2017 | Reject |
| RIDC Regional Growth Fund | 63 | $5,191,543.90 | 12/12/2017 | Accept |
| RIDC Regional Growth Fund | 64 | $241,607.44 | 12/12/2017 | Accept |
| RONALD BARR | 4 | $8,502.00 | 11/27/2017 | Accept |
| Scott Pearson | 1 | $155,000.00 | 11/27/2017 | Accept |
| Tim Poor | 37 | $43,784.34 | 12/06/2017 | Accept |
| Tronox LLC | 67 | $125,280.00 | 12/12/2017 | Accept |

AEI Winddown, Inc.
Case No. 17-10500