**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AEI WINDDOWN, INC.,[1] | Case No. 17-10500 (KJC) |
| Debtor. | **Related Docket No. 484** |

**NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE AND
(II) DEADLINES FOR FILING CERTAIN CLAIMS AND REQUESTS FOR PAYMENT**

TO: CREDITORS, EQUITY HOLDERS, AND OTHER PARTIES IN INTEREST:

1.     <u>Confirmation and Occurrence of Effective Date</u>.    On December 19, 2017, the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") confirmed the *Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, dated December 19, 2017 (the "<u>Plan</u>"), which was attached as Exhibit A to the *Order Granting Final Approval of Disclosure Statement and Confirming Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 484]  (the "<u>Confirmation Order</u>").[2]    The Effective Date, as defined in the Plan, occurred on **February 22, 2018**.  The release, exculpation, and injunction provisions of the Plan are now in full force and effect.

2.     <u>Bar Dates and Deadlines</u>:

a.     <u>Rejection Bar Date</u>.  All proofs of claim with respect to Claims arising from the rejection of executory contracts or unexpired leases pursuant to Confirmation of the Plan, if any, must be filed with the Claims Agent either (a) electronically via the interface available at www.kccllc.net/aquion or (b) via U.S. mail or other hand delivery method to Aquion Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Ave., El Segundo, CA 90245, within thirty (30) days after the earlier of the Effective Date or an order of the Bankruptcy Court approving such rejection (the "<u>Rejection Bar Date</u>").  Any Claim arising from the rejection of an executory contract or unexpired lease pursuant to Confirmation of the Plan that is not filed within such times will be subject to objection.  All such Claims for which Proofs of Claim are timely and properly filed and ultimately Allowed will be treated as Unsecured Claims subject to the provisions of Article 3 of the Plan.  The deadline for filing a Proof of Claim with respect to Claims arising from the rejection of executory contracts or unexpired leases pursuant to a prior order of the Bankruptcy Court shall be twenty-one (21) days after the later of (i) the date of service of an order approving a rejection motion, (ii) the date of the surrender of the leased property to the affected lessor, or (iii) any alternative date provided by

---

[1]  The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) (1370).  The Debtor's headquarters is located at AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) c/o Suzanne Roski, 1051 East Cary Street, Suite 602, Richmond, VA  23219.
[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

an order approving the rejection; provided, however if such order does not set such a deadline, the deadline shall be the Rejection Bar Date.

        b.    <u>Second Administrative Expense Bar Date</u>.  Except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Court, the deadline for filing requests for payment of Administrative Claims that arose on or after August 2, 2017, shall be **5:00 p.m. (Eastern Time) on April 23, 2018** (which is 60 days after the Effective Date), except with respect to Professional Fee Claims, which are addressed below.

        c.    <u>Professional Fee Claims Deadline</u>.  Pursuant to the Plan, the deadline to file final requests for payment of Professional Fee Claims is **April 23, 2018** (which is 60 days after the Effective Date, the "<u>Professional Fee Claims Deadline</u>").  All professionals must file final requests for payment of Professional Fee Claims by no later than the Professional Fee Claims Deadline to receive final approval of the fees and expenses incurred in these Chapter 11 Cases on or after the Petition Date and prior to and including the Effective Date.

        3.    <u>Binding Effect</u>. The provisions of the Plan shall bind the Debtor, the Liquidating Trust, the Liquidating Trustee, any Entity acquiring property under the Plan, any Beneficiary, and any Creditor or Equity Interest Holder, whether or not such Creditor or Equity Interest Holder has filed a Proof of Claim or Equity Interest in the Chapter 11 Case, whether or not the Claim of such Creditor or the Equity Interest of such Equity Interest Holder is impaired under the Plan, and whether or not such Creditor or Equity Interest Holder has accepted or rejected the Plan.  All Claims and Debts shall be fixed and adjusted pursuant to this Plan.

        4.    <u>Access to Documents</u>.  Copies of the Plan, the Confirmation Order, and any other related documents may be viewed by accessing them online at http://www.kccllc.net/aquion/. The documents are also available on the Court's website: www.deb.uscourts.gov.  Please note that a PACER password and login are needed to access documents on the Bankruptcy Court's website.

Dated: February 22, 2018            PACHULSKI STANG ZIEHL & JONES LLP

                          */s/ Laura Davis Jones*
                          Laura Davis Jones (DE Bar No. 2436)
                          David M. Bertenthal (CA Bar No. 167624)
                          Joseph M. Mulvihill (Bar No. 6061)
                          919 North Market Street, 17th Floor
                          P.O. Box 8705
                          Wilmington, DE  19899 (Courier 19801)
                          Telephone:  (302) 652-4100
                          Facsimile:   (302) 652-4400
                          Email: ljones@pszjlaw.com
                                  dbertenthal@pszjlaw.com
                                  jmulvihill@pszjlaw.com

                          Counsel to the Debtor and Debtor in Possession