**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| AEI Winddown, Inc., et al. | : | Case No.: 17-10500 (KJC) |
| | : | |
| Debtor. | : | |
| | : | **MEDIATION STATUS REPORT** |
| | : | |

# MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Approving Stipulation Regarding Appointment of Mediator [D.I. 677], the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

   (1) Counsel (name and party representing):

   Counsel for Plaintiff: John Morris

   Counsel for Defendant: Peter Hughes

(b) The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):   N/A

(c) The outcome of the mediation conference was:

   __X__   The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

   _____   The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

   _____   The following issues remain for this court to resolve:

   _____   The matter has not been resolved and should proceed to trial.

   _____   OTHER:

Dated: January 16, 2019    Mediator

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (#3273)
THE BIFFERATO FIRM
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
(302) 225-7600