# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEI WINDDOWN, INC., [1] | ) | Case No. 17-10500 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 620 |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTEE'S OBJECTION TO CLAIMS OF COMMONWEALTH FINANCING AUTHORITY (CLAIM NUMBER 26) AND PENNSYLVANIA DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT (CLAIM NUMBER 27)**

**PLEASE TAKE NOTICE** that Suzanne B. Roski, in her capacity as liquidating trustee (the "Liquidating Trustee") of the liquidating trust for AEI Winddown, Inc., the debtor in the above-captioned case (the "Debtor"), hereby withdraws with prejudice the *Liquidating Trustee's Objection to Claims of Commonwealth Financing Authority (Claim Number 26) and Pennsylvania Department of Community and Economic Development (Claim Number 27)*, filed on June 12, 2018 [Docket No. 620].

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) (1370). The Debtor's headquarters is located at AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) c/o Suzanne Roski, 1051 East Cary Street, Suite 602, Richmond, VA 23219.

Dated: January 31, 2019                        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joseph M. Mulvihill (Bar No. 6061)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        jmulvihill@pszjlaw.com

Counsel to the Liquidating Trustee